■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PRYOR, Appellant.—Judgment of the Supreme Court, Queens County, rendered December 10, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SANCHEZ, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed September 7, 1977, upon his conviction of criminal sale of a controlled substance in the second degree, upon a plea of guilty, the sentence being a term of imprisonment of six years to life. Sentence affirmed (see *People v Ramirez,* 63 AD2d 687). Martuscello, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

## (June 14, 1978)

■ In the Matter of ANDY RUGGIANO, Petitioner, v JOSEPH JASPAN, as Acting Justice of the Supreme Court of the State of New York, et al., Respondents.—Proceeding pursuant to CPLR article 78 to enjoin respondents from proceeding to trial in the Supreme Court, Suffolk County, in the prosecution of petitioner under Indictment No. 1995/77. Proceeding dismissed on the merits, without costs or disbursements. No opinion. Suozzi, J. P., Rabin, Shapiro and Margett, JJ., concur.